HEIFERMAN, Appellant, v. SCHOLDER et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 28, 1911.) Action by Frank Heiferman against Max Scholder and another. No opinion. Judgment of the Municipal Court affirmed, with costs, on the

authority of Doscher v. Wyckoff, 132 App. Div. 139, 116 N. Y. Supp. 389, and Heiferman v. Scholder, 134 App. Div. 579, 119 N. Y. Supp. 520.